John A. Shupe, Esq., SBN: 87716
Diane E. Finkelstein, Esq., SBN: 88337
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 341-3693
Facsimile: (650) 341-1395

Attorneys for Defendant SAN JOSE/EVERGREEN COMMUNITY COLLEGE DISTRICT

**GRANTED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SETH-CHRISTOPHER STANCLIFF, | CASE NO: C 06 7261 JW |
| Plaintiff, | **STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER COMPLAINT** |
| v. | |
| SAN JOSE/EVERGREEN COMMUNITY COLLEGE DISTRICT; DOES 1-10, inclusive, | |
| Defendants. | |

The parties to this litigation, by and through their respective attorneys of record, do stipulate and agree to a an extension of time to and including January 24, 2007 for defendant San Jose-Evergreen Community College District to answer plaintiff's complaint in the above-captioned lawsuit.

Dated: January 17, 2007                    SHUPE AND FINKELSTEIN


                                            By_____/s/_____
                                               John A. Shupe, Attorneys for Defendant
                                                   College District

Dated: January 17, 2007                    HIGHMAN, HIGHMAN & BALL


                                            By_____/s/_____
                                               Bruce J. Highman, Attorneys for Plaintiff

**Stip Extending Def's Time To Answer Complaint**      Case No. C 06 7261 JW                    Page 1