John A. Shupe, Esq., SBN: 87716
Diane E. Finkelstein, Esq., SBN: 88337
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone:   (650) 341-3693
Facsimile:    (650) 341-1395

*E-FILED 7/11/07*

Attorneys for Defendant SAN JOSE/EVERGREEN
COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SETH-CHRISTOPHER STANCLIFF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN JOSE/EVERGREEN COMMUNITY COLLEGE DISTRICT; DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO:  C 06 7261 JW<br><br>**STIPULATION FOR ENTRY OF ORDER PROTECTING CONFIDENTIALITY OF EMPLOYER'S INTERNAL INVESTIGATION**<br>AND ORDER THEREON |

　　　　The parties to this litigation, by and through their attorneys of record, do stipulate and agree as follows:

　　　　1.　　Defendant has identified but not yet produced to plaintiff in this litigation records constituting its internal investigation of plaintiff's claim that he had been sexually harassed, because defendant contends that such records are privileged and confidential under state and federal law.

　　　　2.　　Plaintiff seeks such records based on his claim that such records are relevant to the issues in the case.

　　　　3.　　In order to avoid the need for a formal discovery motion the parties now agree and stipulate that the Court shall enter its order in the form set forth below, requiring defendant to produce to plaintiff's attorney a copy of its documents constituting its internal investigation of plaintiff's claim, and requiring plaintiff's counsel to maintain the privacy and confidentiality of such

1  records throughout this litigation by not disclosing the records to anyone other than (a) the plaintiff;
2  (b) those persons retained by plaintiff's counsel to aid plaintiff in the prosecution of this case; (c)
3  third person witnesses whom counsel in good faith believes have relevant testimony regarding such
4  records; and (d) to the Court; and requiring plaintiff to return said records to defense counsel or in
5  the alternative destroy all such records at the conclusion of this litigation.

6      4.    Defense counsel shall be free to use said records in the same fashion as plaintiff's
7  counsel.
8  IT IS SO STIPULATED.

9
10  Dated: ~~June 26, 2007~~ 7/6/07

11
12                                              SHUPE AND FINKELSTEIN
13
                                                By _____
14                                                  John A. Shupe, Attorneys for Defendant
                                                    College District
15  Dated: ____7/6____, 2007                     HIGHMAN, HIGHMAN & BALL
16
17                                              By _____
                                                    Bruce J. Highman, Attorneys for Plaintiff
18
19
20
21                                    **ORDER ON STIPULATION**
22
     The Court, having reviewed the stipulation of the parties, and finding good cause for entry of
23
     the Order sought by the parties, does now ORDER AS FOLLOWS:
24
         1.    Defendant shall produce to plaintiff a copy of its records constituting its internal
25
     investigation of plaintiff's complaint that he was sexually harassed by another employee of
26
     defendant.
27
         2.    Upon his receipt of those records plaintiff's counsel shall treat them as confidential.
28

1  Plaintiff's counsel shall not disclose or disseminate them to anyone other than to the plaintiff, such
2  persons as plaintiff's counsel shall appoint or retain to help prosecute this matter to conclusion, to
3  witnesses whom plaintiff's counsel in good faith believes have relevant testimony regarding such
4  records, and to the Court.

5        3.    Plaintiff's counsel shall keep track of the number of copies of such records as he
6  creates and/or allows to be created to aid in the prosecution of this lawsuit. At the conclusion of the
7  case plaintiff's counsel shall either return all such records (and any duplicates he has made or
8  allowed to be made) to defense counsel or destroy all such documents and certify to defense counsel
9  that they have been destroyed.

11  IT IS SO ORDERED.

13  Dated: July 11, 2007

                                              Judge, United States District Court

Shupe and Finkelstein
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693