John A. Shupe, Esq., SBN: 87716
Diane E. Finkelstein, Esq., SBN: 88337
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone:   (650) 341-3693
Facsimile:    (650) 341-1395

Attorneys for Defendant SAN JOSE/EVERGREEN
COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SETH-CHRISTOPHER STANCLIFF,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE/EVERGREEN COMMUNITY COLLEGE DISTRICT; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: C 06 7261 JW<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**<br><br>[Rule 41(a), FRCivP] |

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, plaintiff Seth Christopher Stancliff herewith stipulates and agrees with defendant San Jose-Evergreen Community College District, dba

//
//
//
//
//
//
//
//
//

Stip For Dismissal Of Action With Prejudice; Order Thereon     Case No. C 06 7261 JW     Page 1

1  the Alliance for Traffic Safety ("defendant"), that the entire action shall be and is hereby dismissed,
2  with prejudice.
3  Dated: October 3, 2007

SHUPE AND FINKELSTEIN

By _____
John A. Shupe, Attorneys for Defendant

Dated: 10/3, 2007

HIGHMAN, HIGHMAN & BALL

By _____
Bruce J. Highman, Attorneys for Plaintiff

## ORDER

The Court, having reviewed the foregoing stipulation and finding it proper, does now enter its Order thereon, and this action is hereby dismissed with prejudice. All pending deadlines and hearings before the Court are terminated. The Clerk shall close the file.

Date: December 12, 2007

_____
Judge, United States District Court

Stip For Dismissal Of Action With Prejudice; Order Thereon    Case No. C 06 7261 JW    Page 2